UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CURTIS GRAVES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 1:14-cv-977-JMS-TAB |
| UNITED STATES of AMERICA, | ) ) ) |
| Respondent. | ) ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons set forth in the accompanying Entry, the Court now enters **FINAL JUDGMENT** and this action is **dismissed for lack of jurisdiction.**

Date: 06/30/2014

Laura Briggs, Clerk of Court
United States District Court

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution:

Curtis Graves
Reg. No. 07039-028
U.S.P. Marion
P.O. Box 1000
Marion, Illinois 62959